**In re: Lisa Annette BROADNAX, Debtor,**

**Lisa Annette Broadnax, Debtor—Appellant,**

v.

**US Trustee; Frank J. Santoro, Trustees—Appellees.**

No. 05–1927.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 28, 2005.

Lisa Annette Broadnax, Appellant Pro Se. Debera Frick Conlon, Assistant United States Trustee, Norfolk, Virginia; Kelly M. Barnhart, Marcus, Santoro & Kozak, P.C., Chesapeake, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa Annette Broadnax appeals the district court's order affirming the bankruptcy court's dismissal of her Chapter 13 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Broadnax v. Santoro,* Nos. CA–04–349–2; BK–02–72575; APN–03–7138 (E.D.Va. Aug. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*